**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kenneth Junior SMITH, Defendant—
Appellant.**

No. 07–6971.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2007.

Decided: Nov. 29, 2007.

Kenneth Junior Smith, Appellant Pro Se. Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Junior Smith appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000), and for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 7:98–cr–01169–HMH, 2007 WL 1219408 (D.S.C. Apr. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*